UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                   NOTICE OF APPEARANCE

-against-                                                   15:Cr.321

CHRISTAIN GARCIA GONZALEZ

                               Defendant.
-----------------------------------------------------------------X

TO:    CLERK OF COURT

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT, CHRISTIAN GARCIA GONZALEZ INDICATED ABOVE IN THE ENTITLED ACTION.

I CERTFY THAT I WAS ADMITTED TO PRACTICE IN THIS COURT IN JULY OF 1994.

Dated: New York, New York
         July 1, 2015

                                                   _____
                                                   Neville O. Mitchell, Esq.
                                                   O. MITCHELL LAW GROUP, PLLC
                                                   351 W. 114th Street #2A
                                                   New York, New York 10026
                                                   Tel #: (212) 619-280
                                                   Fax #: (212) 665-2929